Derek CLOUSE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 54151.

Missouri Court of Appeals,
Western District.

Jan. 6, 1998.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM.

Defendant entered a guilty plea to second degree murder in accordance with a plea agreement on August 10, 1994, and he was sentenced to life imprisonment. Defendant's Rule 24.035 motion was denied. He contends his guilty plea was involuntary because his counsel misled him as to the sentence he would receive when he entered his plea. We conclude that a published opinion would have no precedential value. Judgment Affirmed. Rule 84.16(b) V.A.M.R.